

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Robert Munoz,                                    * From the 441st District
                                                   Court of Midland County,
                                                   Trial Court No. CR 38,496.

Vs. No. 11-13-00139-CR                           * June 30, 2015

The State of Texas,                              * Memorandum Opinion by Bailey, J.
                                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that there is no error in the judgments below.   Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.